IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF IOWA - CENTRAL DIVISION

| | |
|---|---|
| JARROD EUGENE DIERS,<br><br>　　　Plaintiff,<br><br>v.<br><br>TED ROBINSON, in his official capacity and individual capacity, DAN FELL, in his official capacity and individual capacity, IOWA DEPARTMENT OF CORRECTIONS, EIGHTH DISTRICT DEPARTMENT OF CORRECTIONS, STATE OF IOWA, LISA HOUK in her individual capacity, NYCOLE HARBISON in her individual capacity,<br><br>　　　Defendants. | CIVIL NO.: 4:24-cv-00110-SHL-HCA<br><br>**DEFENDANTS EIGHTH DISTRICT, TED ROBINSON, DAN FELL, NICOLE HARBISON, AND LISA HOUK'S MOTION FOR SUMMARY JUDGMENT** |

**COME NOW** Defendants Ted Robinson ("Robinson"), Dan Fell ("Fell"), Eighth District Department of Corrections (the "District"), Lisa Houk ("Houk"), and Nycole Harbison ("Harbison") (collectively "Defendants"), pursuant to Fed. R. Civ. P. 56 and Local Rule 56, and hereby move the Court for summary judgment in their favor and, in support state as follows:

　　1.　　Plaintiff Jared Diers ("Plaintiff") filed this action following the termination of his employment with the District.

　　2.　　Plaintiff originally filed his Petition with the Iowa District Court on July 27, 2023. *See Diers v. Robinson et al.*, 4:23-cv-00465-SMR-SBJ, at Doc. 1. Defendants removed the case to this Court on November 21, 2023. *Id*. Motions to dismiss were filed on November 27, 2023 and November 28, 2023. *Id*. at Docs. 2 & 3. Plaintiff then voluntarily dismissed his Petition on December 6, 2023. *Id*. at Doc. 4.

　　3.　　On December 7, 2023, Plaintiff re-filed his Petition with the Iowa District Court

with additional allegations. *See Diers v. Robinson et al.*, 4:24-cv-00110-SHL-HCA, at Doc. 1. Again, Defendants removed the case to this Court. *Id*. Motions for Partial Dismissal were filed by Defendants as well as Co-Defendants State of Iowa (the "State") and Iowa Department of Corrections ("IDOC") on March 28, 2024. *See* Docs. 3 & 4. On April 22, 204, Plaintiff filed a Motion to Remand the case to Iowa District Court. *See* Doc. 21. On May 20, 2024, Plaintiff sought leave to amend his petition to dismiss claims against Ottumwa Residential Correctional Facility, to withdraw a Writ of Mandamus action (Count II), to correct pleading errors, and to allege actions by individual defendants were taken outside the scope of their employment. *See* Doc. 25. On July 1, 2024, the Court entered an Order on Motion to Remand, Motions to Dismiss, and Motion for Leave to Amend. *See* Doc. 29. The Court retained Plaintiff's cause-of-action, portions of Plaintiff's petition were dismissed, and Plaintiff was allowed to amend his petition. *Id*.

4. On September 13, 2024, Plaintiff filed a Revised and Amended Complaint (the "Complaint"). *See* Doc. 31.

5. Plaintiff's Complaint asserts claims of:

   a. **Count I** – Writ of Certiorari (Iowa Code §35C.6) against the State, IDOC, District, and individuals Fell and Robinson in their official capacities;

   b. **Count II** – Denial of Due Process – Property Interest (42 U.S.C. §1983) against the individual defendants in their individual capacities only;

   c. **Count III** – Denial of Due Process – Liberty Interest (42 U.S.C. §1983) against the individual defendants in their individual capacities only;

   d. **Count IV** – Interference with Contract against Harbison and Houk in their individual capacities only; and

    e.    **Count V** – Defamation against Houk in her individual capacity only.

6. Defendants file this motion seeking summary judgment seeking dismissal of Plaintiff's claims. Defendants hereby move for summary judgment in their favor as follows:

    a.    Plaintiff's Writ of Certiorari claim (**Count I**) fails because he was a probationary employee and not entitled to the job protections provided by Iowa Code §35C.6.

    b.    Plaintiff's Section 1983 claims (**Counts II & III**) against the individual defendants fail as Plaintiff cannot establish any due process right with the termination of his probationary employment. Nor can Plaintiff show the individual defendants violated his constitutional rights by spreading any rumor or terminating his employment outside the scope of their employment. These individual defendants would be immune from Plaintiff's Section 1983 claims.

    c.    Plaintiff's Interference with Contract claim (**Count IV**) against Harbison and Houk fails because Plaintiff cannot establish he had a contract with a third-party, there was intentional and improper interference with the contract, any interference caused the third-party not to perform, or that he suffered damage as a result of interference. Nor can Plaintiff show Harbison or Houk acted outside the scope of their employment. Harbison and Houk would be immune from Plaintiff's Interference with Contract Claim.

    d.    Plaintiff's Defamation claim (**Count V**) against Houk fails because Plaintiff has failed to present reliable evidence necessary to find that Houk published a legally-actionable defamatory statement about Plaintiff. Nor can Plaintiff show Houk acted outside the scope of her employment. Houk would be immune from Plaintiff's Defamation claim.

7. Pursuant to Local Rule 56(a)(2)-(4), Defendants have filed a Brief, Statement of Undisputed Material Facts, and Appendix in support of this Motion for Summary Judgment, all of which are incorporated herein by reference.

WHEREFORE, for the reasons stated above and those stated in their supporting brief, Defendants Ted Robinson, Dan Fell, Eighth District Department of Corrections, Lisa Houk, and Nycole Harbison request the Court grant their motion for summary judgment and grant such other relief as deemed proper.

*/s/ Andrew T. Tice*
Andrew T. Tice (AT0007968)
AHLERS & COONEY, P.C.
100 Court Avenue, Suite 600
Des Moines, Iowa 50309-2231
Telephone: 515/243-7611
Facsimile: 515/243-2149
E-mail: atice@ahlerslaw.com
**ATTORNEYS FOR DEFENDANTS TED ROBINSON, DAN FELL, EIGHTH DISTRICT DEPT OF CORRECTIONS, LISA HOUK, NYCOLE HARBISON**

**Electronically filed and served:**

Bruce H. Stoltze Jr. (AT0010694)
Stoltze Law Group, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa 50309
Telephone: (515) 989-8529
Facsimile: (515) 989-8530
E-mail: bruce.stoltze.jr@stoltze.law
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on: October 29, 2025

By:
- ☐ U.S. Mail
- ☐ Hand delivery
- ☒ Electronically (*e.g.* CM/ECF)
- ☐ Fax
- ☐ Private Carrier
- ☐ E-mail

Signature: */s/ Derek Smith*

Christopher Deist
Assistant Attorney General
Department of Justice
Special Litigation Division
Hoover State Office Building
Des Moines, Iowa 50319
Telephone: (515) 281-6662
E-mail: christopher.deist@ag.iowa.gov
**ATTORNEYS FOR DEFENDANTS**
**IOWA DEPARTMENT OF CORRECTIONS**
**AND STATE OF IOWA**

4938-3009-8550-1\20546-006