# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

JARROD EUGENE DIERS,

               Plaintiff(s),          **CIVIL NUMBER: 4:24-cv-00110-SHL-HCA**

  v.

TED ROBINSON; DAN FELL; IOWA            **JUDGMENT IN A CIVIL CASE**
DEPARTMENT OF CORRECTIONS;
EIGHTH DISTRICT DEPARTMENT OF
CORRECTIONS; STATE OF IOWA; LISA
HOUK; and NYCOLE HARBISON,

               Defendant(s),

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**:

Defendants' Motions for Summary Judgment are granted. Judgment is entered in favor of Defendants and against Plaintiff.

Dated this 23rd day of March, 2026.     CLERK, U.S. DISTRICT COURT

                            /s/ M. Mast

                            By: Deputy Clerk